**PETER MAZZEO, ESQ.**
Nevada Bar No. 9387
**MAZZEO LAW, LLC**
631 South 10th Street
Las Vegas, Nevada 89101
P: 702.382.3636
F: 702.382.5400
E: pmazzeo@mazzeolaw.com
*Attorney for Plaintiff Cecilia Maranon*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CECILIA MARANON, individually,<br><br>Plaintiff,<br><br>vs.<br><br>BLAZIN WINGS, INC.; DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendant. | Case No: 2:17-cv-02704-GMN-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

IT IS HEREBY STIPULATED by and between Peter Mazzeo, Esq., of the firm MAZZEO LAW, LLC, attorneys for Plaintiff, CECILIA MARANON, and Dan Gendreau, Esq., of the firm DONNA LAW FIRM, P.C. and Jonathan Owens, Esq. of the firm ALVERSON TAYLOR MORTENSEN & SANDERS, attorneys for Defendant BLAZIN WINGS, INC., the respective attorneys of record, that the parties have settled this claim and that this case be DISMISSED WITH PREJUDICE, with each party to bear their own attorneys' fees and costs incurred.

///
///
///
///
///
///
///

It is further stipulated that the trial currently scheduled for November 4, 2019 be vacated.

DATED this 28th day of October, 2019.

MAZZEO LAW, LLC

*/s/ Peter Mazzeo, Esq.*
_____
Peter Mazzeo, Esq.
Nevada Bar No. 9387
631 South 10th Street
Las Vegas, Nevada 89101
P: 702.382.3636
F: 702.382.5400
E: pmazzeo@mazzeolaw.com
*Attorneys for Plaintiff Cecilia Maranon*

DATED this 28th day of October, 2019.

ALVERSON TAYLOR MORTENSEN & SANDERS

*/s/ Jonathan Owens, Esq.*
_____
Jonathan Owens, Esq.
Nevada Bar No. 7118
6605 Grand Montecito Pkwy., Ste. 200
Las Vegas, NV 89149
P: (702) 384-7000
F: (702) 385-7000
E: JOwens@alversontaylor.com
*Attorneys for Defendant Blazin Wings, Inc.*

DATED this 28th day of October, 2019.

DONNA LAW FIRM, P.C.

*/s/ Dan Gendreau, Esq.*
_____
Dan Gendreau, Esq.
7601 France Avenue South, Ste. 350
Minneapolis, MN 55435
P: 952-562-2460
F: 952-562-2461
E: dgandreau@donnalaw.com
*Attorneys for Defendant Blazin Wings, Inc.*

## ORDER

**BASED UPON THE STIPULATION OF THE PARTIES** and good cause appearing therefore,

**IT IS HEREBY ORDERED** that all of the Plaintiff's claims in this matter against the Defendant be dismissed with prejudice; each party to bear their own fees and costs.

**IT IS FURTHER ORDERED** that the calendar call currently scheduled for October 29, 2019, and trial currently scheduled for November 4, 2019, be VACATED.

Dated this 28 day of October, 2019.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT